

DAVID E. DE LORENZI
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

March 27, 2007

**VIA ECF FILING**

Honorable Harold A. Ackerman
United States District Court for the District of New Jersey
U.S. P.O. & Courthouse Building, Room 305
Newark, New Jersey 07101

> Re: *Novartis Corp. et al. v. Teva Pharmaceuticals USA, Inc.*,
> Civil Action No.: 04-4473 (HAA)(ES)
>
> *Novartis Corp. et al. v. Watson Laboratories, Inc. et al.*,
> Civil Action No. 06-1130 (HAA)(ES)

Your Honor:

Plaintiffs Novartis Corporation *et al.* ("Novartis") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby submit for the Court's consideration a stipulation for a proposed order setting forth a preliminary injunction briefing schedule.

The parties respectfully request Your Honor's execution and entry of the stipulation. The parties also respectfully bring the expedited nature of the schedule to the Court's attention. Briefing is proposed to commence today, March 27. In addition, the parties propose a hearing to be held during the week of May 14, 2007.

Although Novartis does not seek a temporary restraining order at this time, Novartis reserves the right to seek such relief in the future.

GIBBONS P.C.

Honorable Harold A. Ackerman
March 27, 2007
Page 2

The parties make themselves available at the Court's convenience to discuss the proposed preliminary injunction scheduling. We thank the Court for its continued attention and courtesies.

Respectfully,

David E. De Lorenzi

cc:    Hon. Esther Salas (via facsimile)
       Thomas L. Creel, Esq. (via email)
       Ira J. Levy, Esq. (via email)
       Daryl L. Wiesen, Esq. (via email)
       Michael E. Patunas, Esq. (via email)
       Dimitrios T. Drivas, Esq. (via email)
       Jeffrey J. Oelke, Esq. (via email)
       Leslie Morioka, Esq. (via email)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NOVARTIS CORPORATION,<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION, and<br>NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>WATSON LABORATORIES, INC. and<br>WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-4473 (HAA) (MF) |

### [Proposed] Stipulated Order

WHEREAS, Plaintiffs Novartis Corporation, Novartis Pharmaceuticals Corporation, and

Novartis International AG ("Novartis") initiated this action by alleging infringement of United

States Patent No. 6,162,802, which is, according to the Orange Book, scheduled to expire on

December 19, 2017;

WHEREAS, pursuant to 21 U.S.C. § 355 (j)(5)(B)(iii), the thirty-month stay of Federal

Food and Drug Administration approval of the Abbreviated New Drug Application ("ANDA")

No. 77-179 of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") has already expired;

WHEREAS, United States Patent No. 4,879,303, according to the Orange Book, expired

on March 25, 2007; and

#1181108 v1<br>104392-52409

WHEREAS, the Parties desire to set a briefing and hearing schedule on a motion for a preliminary injunction to be filed by Novartis.

Now, THEREFORE, it is hereby Stipulated, Agreed, and Ordered by the Court that:

The Parties jointly propose the following schedule for briefing and a hearing on the motion for preliminary injunction:

| | |
|---|---|
| Motion and Supporting Papers | March 27, 2007 |
| Opposition and Supporting Papers | April 13, 2007 |
| Reply | April 24, 2007 |
| Sur-Reply | May 1, 2007 |
| Hearing | Week of May 14, 2007 |

The Parties further propose the motion and opposition be limited to 55 pages in twelve-point font and the reply and sur-reply be limited to 25 pages in twelve-point font.

The Parties agree that, other than as expressly stated herein, nothing shall limit a Party's rights, including Novartis' right to seek a temporary restraining order.

- 2 -

IT IS HEREBY STIPULATED:

LITE, DE PALMA, GREENBERG, &
RIVAS LLC

By: ___ s/ Michael Patunas _____
    Allyn Z. Lite
    Michael Patunas
    2 Gateway Centre
    Floor 12
    Newark, NJ 07102
    Telephone: (973) 623-3000

  -and-
GOODWIN PROCTER, LLP
    Thomas L. Creel
    Ira Levy
    Daryl Wiesen
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 813-8800

    *Attorneys for Defendant*
    *Teva Pharmaceuticals USA, Inc.*

GIBBONS, P.C.

By: ___ s/ David E. De Lorenzi ____
    David E. De Lorenzi
    Sheila F. McShane
    One Gateway Center
    Newark, NJ 07102-5496
    Telephone: (973) 596-4500

  -and-
WHITE & CASE LLP
    Dimitrios Drivas
    Jeffrey J. Oelke
    Leslie Morioka
    Brendan G. Woodard
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 819-8200

    *Attorneys for Plaintiffs*
    *Novartis Corp., Novartis*
    *Pharmaceuticals Corp., and*
    *Novartis International AG*

So Ordered.

_____

Harold A. Ackerman, U.S.D.J.

- 3 -

#1181108 v1
104392-52409