**David E. De Lorenzi**
**Sheila F. McShane**
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS INTERNATIONAL AG.<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 04-04473 (HAA)(ES) |
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC. and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 06-01130 (HAA)(ES) |

- 1 -

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

TO:   Michael Patunas
      LITE DEPALMA GREENBERG & RIVAS, LLC
      Two Gateway Center
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG (collectively "Novartis" or "plaintiffs"), through their attorneys, Gibbons P.C. and White & Case LLP, hereby moves, before the Honorable Harold A. Ackerman, U.S.D.J., U.S. P.O. and United States Courthouse, Walnut Street, Newark, New Jersey 07101, for the entry of an Order, granting to plaintiffs a preliminary injunction and other relief in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, plaintiffs shall rely upon the this Notice of Motion, Memorandum of Law in Support of Novartis' Motion for Preliminary Injunction, the Declarations of Brendan W. Woodard, Marjorie R. Gatlin, M.D., Robert S. Maness, Ph.D., Stephen R. Byrn, Ph.D., Robert S. Langer, Sc.D., and Michael A. Weber, M.D. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for plaintiffs hereby requests an evidentiary hearing.

- 3 -

        **GIBBONS P.C.**
        A Professional Corporation
        One Gateway Center
        Newark, New Jersey 07102
        Phone:  (973) 596-4743
        Facsimile:  (973) 639-6235

        By: s/ David E. De Lorenzi
        David E. De Lorenzi
        ddelorenzi@gibbonslaw.com

            -and-

        **WHITE & CASE LLP**
        Dimitrios T. Drivas
        Jeffrey J. Oelke
        Leslie Morioka
        Brendan G. Woodard
        Averie K. Hason
        1155 Avenue of the Americas
        New York, New York 10036
        Phone:  (212) 819-8200
        Facsimile:  (212) 354-8113

        *Attorneys for Plaintiffs Novartis*
        *Corporation, Novartis Pharmaceuticals*
        *Corporation, and Novartis*
        *International AG*

1180141 v2
106244-55235