Memorandum of Law in Support of Novartis'

Motion for Preliminary Injunction

Confidential Materials - Motion to Seal Pending

#1181036 v1
104392-52409