

SHEILA F. MCSHANE
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4637 Fax: (973) 639-6482
smcshane@gibbonslaw.com

May 24, 2010

<u>VIA FACSIMILE</u>

Honorable Esther Salas, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: <u>Novartis Corporation v. Teva Pharmaceuticals USA Inc.,
Civil Action Nos. 04-04473, 08-0686 (HAA) (ES)</u>

Dear Judge Salas:

On behalf of plaintiff Novartis Corporation, we write concerning an extension of the time to file an appeal pursuant to L.Civ.R. 72.1(c)(1)(A). Prior to and since the May 10, 2010 issuance of Your Honor's Order concerning a discovery dispute (Docket Entry 157), Novartis has been diligently attempting to obtain the May 5, 2010 transcript memorializing the Court's ruling in full, which is referred to and relied upon in Your Honor's Order. Unfortunately, the court reporter has not yet issued that transcript despite Novartis' attempts to expedite. Given the potential prejudice to Novartis in light of the delay in availability of the transcript, Novartis respectfully requests that it be granted an extension to the time to file an appeal, if any, for a period of ten (10) business days after the transcript becomes available.

We thank the Court for its consideration of this issue.

Respectfully,

Sheila F. McShane

cc: Christopher Holding, Esq. (via email)
Ira J. Levy, Esq. (via email)
Daryl Wiesen, Esq. (via email)
Michael Patunas, Esq. (via email)
Leslie Morioka, Esq. (via email)

So Ordered
Esther Salas, USMJ
5/24/10

#1517912
104392-52409