**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

August 16, 2010

**LETTER ORDER**

Re:     **Novartis Corporation, et al v. Teva Pharmaceuticals USA Inc., et al**
          **Civil Action No. 04-4473 (GEB)**
          **Civil Action No. 08-0686 (GEB)**

Dear Counsel:

    The Court is in receipt of Plaintiffs' letter dated August 13, 2010 alerting the Court to a discovery dispute.  Defendants are to submit an informal letter response, not to exceed five pages, no later than **August 19, 2010.**  No replies will be accepted.  There will be a telephone conference on **September 10, 2010 at 11:00 a.m.** where the Court will hear oral argument on the issues presented in the letter.   Counsel for Plaintiffs are to initiate the call.

**SO ORDERED.**

                                        *s/Esther Salas*
                                        **Esther Salas, U.S.M.J**