

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

August 18, 2010

**VIA ECF**
Honorable Esther Salas, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal
Building and Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Novartis Corporation and Novartis Pharmaceuticals Corporation v. Teva Pharmaceuticals USA, Inc.*
           **Civil Action No.: 04-4473 and 08-0686 (GEB)(ES)**

Dear Judge Salas:

    This shall confirm my telephone conversation of this morning with Your Honor's chambers, wherein Your Honor's law clerk agreed that Teva may submit its response to plaintiffs' August 13, 2010 letter by August 23, 2010.

                                  Respectfully,

                                  /s/ *Michael E. Patunas*

                                  Michael E. Patunas

MEP:emp

cc:    All Counsel of Record (via ECF & e-mail)

237302 v1