UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No.: 04-4473 (HAA) |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.   If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Patunas
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Patunas

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:       Christopher T. Holding, Esq.

Address:    Goodwin Procter, LLP
            Exchange Place
            53 State Street
            Boston, MA 02109

E-mail:     cholding@goodwinprocter.com

245033 v1