UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS INTERNATIONAL AG,<br><br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　Defendant. | Civil Action No.: 04-4473 (HAA) |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

　　　1.　　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

　　　2.　　If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael E. Patunas
　　　　　　　　　　　　　　　　　　　　　　　　Michael E. Patunas

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:　　　Mark S. Puzella, Esq.

Address:　　Goodwin Procter, LLP
　　　　　　Exchange Place
　　　　　　53 State Street
　　　　　　Boston, MA 02109

E-mail:　　　mpuzella@goodwinprocter.com

245379 v1