**LDG** ATTORNEYS AT LAW

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

October 6, 2010

**VIA ECF**
Honorable Garrett E. Brown, Jr., Chief U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street - Room 6000
Trenton, NJ 08608

      Re:    *Novartis Corporation and Novartis Pharmaceuticals Corporation* v. *Teva Pharmaceuticals USA, Inc.*
                **Civil Action No.:  04-4473 and 08-0686 (GEB)(ES)**

Dear Judge Brown:

      Pursuant to the request of Mr. Brown of Your Honor's chambers, we write to advise the Court that Attachment A to Novartis' October 4, 2010 letter to Judge Salas, entitled "Chronology of Sample – Related Communications," was prepared solely by Novartis without any input from Teva, and that Teva does not consider it to be an accurate or complete statement of events.

                        Respectfully,

                        */s/ Michael E. Patunas*

                        Michael E. Patunas

MEP:emp

cc:    All Counsel (via e-mail)

247686 v1