UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION,<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION and<br>NOVARTIS INTERNATIONAL AG,<br><br>                    Plaintiffs,<br><br>          v.<br><br><br>TEVA PHARMACEUTICALS, USA INC.,<br><br>                    Defendants. | Civil Action No. 04-4473 (GEB) (ES)<br><br>*Document Electronically Filed.*<br><br><br><br>**REQUEST BY LOCAL COUNSEL<br>FOR PRO HAC VICE ATTORNEY<br>TO RECEIVE ELECTRONIC<br>NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: October 13, 2010<br>         Newark, New Jersey | /s/ Sheila F. McShane<br>Sheila F. McShane<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey  07102-5310<br>telephone: (973) 596-4637<br>facsimile:  (973) 639-6482<br>smcshane@gibbonslaw.com<br>*Attorneys for Plaintiffs* |

PRO HAC VICE ATTORNEY INFORMATION:

   Name:     Mihir A. Desai
   Address:  White & Case LLP
              1155 Avenue of the Americas
              New York, NY 10036-2787
   E-mail:   mdesai@whitecase.com