## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, USA INC.,<br><br>Defendants. | Civil Action No. 04-4473 (GEB) (ES)<br><br>*Document Electronically Filed.*<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 13, 2010  
Newark, New Jersey

  s/ Sheila F. McShane  
Sheila F. McShane  
**GIBBONS P.C.**  
One Gateway Center  
Newark, New Jersey  07102-5310  
telephone: (973) 596-4637  
facsimile:  (973) 639-6482  
smcshane@gibbonslaw.com  
*Attorneys for Plaintiffs*

PRO HAC VICE ATTORNEY INFORMATION:

  Name: R. Gregory Parker  
  Address: White & Case LLP  
  1155 Avenue of the Americas  
  New York, NY 10036-2787  
  E-mail: gparker@whitecase.com

#1569730 v1  
104392-52409