

October 26, 2010

**Via Facsimile**

Hon. Esther Salas, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *Novartis Corp., et al. v. Teva Pharmaceuticals USA, Inc.*,
 **Civil Action Nos. 04-4473 and 08-0686**

Dear Judge Salas:

We are counsel to non-party AstraZeneca and write regarding the Court's October 15, 2010 Order (the "Order") compelling Teva to produce copies of certain settlement and license agreements to Novartis.

AstraZeneca is a party to certain of these settlement and license agreements named in the Order. Pursuant to Paragraph 3 of the Order, AstraZeneca has seven days to file any objections to Teva's production of these agreements with the Court. AstraZeneca objects to the production of these agreements, but requests a brief seven (7) day extension to more fully lodge its objections with the Court. We have been in contact with counsel for Novartis, the party seeking disclosure of these documents, and Novartis consents to AstraZeneca's request. As a result, we respectfully request that the Court so order same.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully submitted,

s/John E. Flaherty

John E. Flaherty

cc: Counsel of Record

*Denied*

~~SO ORDERED:~~

Hon. Esther Salas, U.S.M.J.

Date: 10/26/10

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON