

SHEILA F. MCSHANE
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4637 Fax: (973) 639-6482
smcshane@gibbonslaw.com

November 4, 2010

**VIA ECF (COPY BY FEDERAL EXPRESS)**

Honorable Garrett E. Brown, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> Re:   **Novartis Corporation v. Teva Pharmaceuticals USA Inc.,**
> **Civil Action Nos. 04-4473, 08-0686 (GEB) (ES)**

Dear Judge Brown:

Pursuant to the October 28, 2010 hearing before Your Honor, enclosed please find a proposed form of Amended Scheduling Order in the above-referenced action. The parties respectfully request that the Court execute and enter the same.

We thank the Court for its attention and courtesies.

Respectfully,

s/Sheila F. McShane

Enclosure
cc:   Honorable Esther Salas, U.S.M.J. (via Federal Express)
Christopher Holding, Esq. (via email)
Ira J. Levy, Esq. (via email)
Daryl Wiesen, Esq. (via email)
Michael Beck, Esq. (via email)
Brendan Woodard, Esq. (via email)
Leslie Morioka, Esq. (via email)
Jeffrey Oelke, Esq. (via email)
Michael E. Patunas, Esq. (via email)
R. Gregory Parker, Esq. (via email)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS CORPORATION,<br>NOVARTIS PHARMACEUTICALS<br>CORPORATION and<br>NOVARTIS INTERNATIONAL AG,<br><br>   Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-4473 (GEB)(ES)<br>)     Lead Case<br>)<br>) Civil Action No. 08-0686 (GEB)(ES)<br>)<br>)<br>)<br>) |

## AMENDED SCHEDULING ORDER

**WHEREAS**, on October 28, 2010 the Court convened a hearing to review the case schedule; and

**WHEREAS**, by the agreement of the parties, and for good cause shown.

**IT IS HEREBY ORDERED THAT**:

1.  All dates set forth in the Amended Scheduling Order of May 14, 2010 are hereby vacated;

2.  The deadline for opening expert reports, to include the issues of damages and supplemental reports on issues for which party has the burden of proof, shall be set for February 18, 2011; and

3.  A telephonic conference is set before the Court on March 4, 2011 at ____ a.m/p.m. Defendant shall initiate the call.

**SO ORDERED**:

_____

Honorable Garrett E. Brown, Jr., U.S.D.J.