IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
NOV - 9 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS INTERNATIONAL AG, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 04-4473 (GEB)(ES) <br> Lead Case <br><br> Civil Action No. 08-0686 (GEB)(ES) |

## AMENDED SCHEDULING ORDER

**WHEREAS**, on October 28, 2010 the Court convened a hearing to review the case schedule; and

**WHEREAS**, by the agreement of the parties, and for good cause shown.

**IT IS HEREBY ORDERED THAT:**

1. All dates set forth in the Amended Scheduling Order of May 14, 2010 are hereby vacated;

2. The deadline for opening expert reports, to include the issues of damages and supplemental reports on issues for which party has the burden of proof, shall be set for February 18, 2011; and

3. A telephonic conference is set before the Court on March 4, 2011 at 1:00 a.m./p.m. Defendant shall initiate the call.

**SO ORDERED:**

_____
Honorable Garrett E. Brown, Jr., U.S.D.J.