**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

February 9, 2011

**LETTER ORDER**

Re:   Novartis Corp, et al. v. Teva Pharmaceuticals USA Inc, et al.
      **Civil Action No. 04-4473 (GEB)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **February 14, 2011 at 12:00 p.m. Counsel for the Plaintiff is to initiate the call.** Please mark your calendars accordingly and should you have any questions, please call (973) 297-4887.

   **SO ORDERED.**

                                        *s/Esther Salas*
                                        **Esther Salas, U.S.M.J**