**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

February 16, 2011

## LETTER ORDER

Re:   **Novartis Corp, et al. v. Teva Pharmaceuticals USA Inc, et al.
       Civil Action No. 04-4473 (GEB)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **March 4, 2011 at 1:00 p.m. Defense Counsel shall initiate the conference call.** Please mark your calendars accordingly and should you have any questions, please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**