<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                        )
NOVARTIS CORPORATION, et al.,           )
                                        )
                Plaintiffs,           )
                                        )
v.                                      )   Civil Action No.  04-4473 (GEB)
                                        )                      08-0686 (GEB)
TEVA PHARMACEUTICALS, USA, Inc.,        )
                                        )   **SCHEDULING ORDER**
                Defendant.            )
_____)

**<u>BROWN, Chief Judge</u>**

      This matter having come before the Court on a request by the parties for a scheduling conference; and the Court having heard the parties on March 4, 2011, by telephone; and the parties having consented to the schedule set forth below; and good cause having been shown;

      IT IS THIS 4th day of March, 2011; hereby

ORDERED that schedule going forward is:

      1) June 17, 2011 – Rebuttal expert reports served;

      2) July 17, 2011 – Reply expert reports served;

      3) September 7, 2011 – Expert discovery closes;

      4) September 21, 2011 – Dispositive motions due;

      5) October 12, 2011 – Oppositions to dispositive motions due;

      6) October 19, 2011 – Replies to oppositions due;

      7) The parties shall submit the Proposed Final Pretrial Order on or before October 28, 2011;

2

8)  The Court will conduct the Final Pretrial Conference on November 7, 2011, at 1 p.m., in the courtroom of Chief Judge Garrett E. Brown in Trenton, New Jersey;

9)  The trial will begin on November 14, 2011, at 9 a.m.

       /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.