IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action Nos. 04-4473 and 08-0686 (GEB)(ES) |

### STIPULATION OF DISMISSAL

Plaintiffs and Counterclaim-Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG and Defendant and Counterclaim-Plaintiff Teva Pharmaceuticals USA, Inc. hereby stipulate by and through their respective attorneys that all claims, counterclaims and defenses in the above-entitled actions (the "Litigation") are dismissed without prejudice pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure without costs or attorneys' fees to any Party. In support thereof, the Parties now stipulate as follows.

1. All claims, counterclaims and defenses in this Litigation should be and hereby are dismissed without prejudice.

2. Each Party to this Litigation will bear its own costs and attorneys' fees.

SO STIPULATED:

Dated: July 20, 2011

| | |
|---|---|
| s/Sheila F. McShane<br>David E. De Lorenzi<br>Sheila F. McShane<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4743<br><br>Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Leslie Morioka<br>Brendan Woodard<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, New York 10036<br>(212) 819-8200<br><br>Evan R. Chesler<br>David R. Marriott<br>David Greenwald<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br><br>*Attorneys for Plaintiffs & Counterclaim-Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG* | s/ Michael E. Patunas<br>Allyn Z. Lite<br>Michael E. Patunas<br>**LITE DePALMA GREENBERG & RIVAS, LLC**<br>Two Gateway Center<br>Newark, New Jersey 07102<br>(973) 877-3182<br><br>Paul F. Ware, Jr. P.C.<br>Daryl L. Wiesen<br>Christopher T. Holding<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>Boston, Massachusetts 02109<br>(617) 570-1000<br><br>Ira J. Levy<br>**GOODWIN PROCTER LLP**<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 813-8800<br><br>*Attorneys for Defendant & Counterclaim-Plaintiff Teva Pharmaceuticals USA, Inc.* |