# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action Nos. 04-4473 and 08-0686<br>(GEB)(ES) |

## ORDER OF DISMISSAL

**WHEREAS,** Plaintiffs and Counterclaim-Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG and Defendant and Counterclaim-Plaintiff Teva Pharmaceuticals USA, Inc. have agreed to settle the above-entitled actions whereby all claims, counterclaims and defenses therein are dismissed, without costs or attorneys' fees to any party.

**NOW, THEREFORE, IT IS ORDERED** that all claims, including counterclaims, and defenses in these actions are hereby dismissed without prejudice, with each party bearing its own costs and fees.

**SO ORDERED**:

Dated: July 20, 2011

_____
Chief Judge Garrett E. Brown, Jr.